**Order filed December 01, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00770-CR
_____

**JOSE A. GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 2004882**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 2, a DVD and Defense Exhibit 23, a DVD of 911 recordings.**

The clerk of the Co Crim Ct at Law No 1 is directed to deliver to the Clerk of this court the original of State's Exhibit 2, a DVD and Defense Exhibit 23, a DVD of 911 recordings, on or before **December 11, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 2, a DVD and Defense Exhibit 23, a DVD of 911 recordings, to the clerk of the Co Crim Ct at Law No 1.

PER CURIAM